IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
THE COLONIAL BANCGROUP,       )
INC.,                         )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )      2:09cv1073-MHT
                              )           (WO)
ROBERT E. LOWDER, et al.,     )
                              )
     Defendants.              )
```

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 50), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The dismissal of this action does not preclude any claim against the defendants or any other "Insured Person" (as that term is defined in the debtor's director and officer insurance policies) by the Federal Deposit Insurance Corporation as receiver for Colonial bank or in its corporate capacity, or by any other governmental or

regulatory agency asserted in any criminal, administrative, or civil action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 31st day of May, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**